THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BARTON, Appellant.

Submitted October 16, 2006; decided October 19, 2006

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MILLER, Appellant.

Submitted October 16, 2006; decided October 19, 2006

Motion for assignment of counsel granted and Edward J. Nowak, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

In the Matter of JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

Submitted August 14, 2006; decided October 19, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.